IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NICOLE L. ZINN,                          )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )     Civil Action No. 06-347
                                         )
JO ANNE B. BARNHART,                     )
COMMISSIONER OF SOCIAL SECURITY,         )
                                         )
            Defendant.                   )


O R D E R


      AND NOW, this 5th day of March, 2007, upon consideration
of the parties' cross-motions for summary judgment, the Court, upon
review of the Commissioner of Social Security's final decision,
denying plaintiff's claim for disability insurance benefits under
Subchapter II of the Social Security Act, 42 U.S.C. §401, et seq.,
and denying plaintiff's claim for supplemental security income
benefits under Subchapter XVI of the Social Security Act, 42 U.S.C.
§1381, et seq., finds that the Commissioner's findings are supported
by substantial evidence and, accordingly, affirms. See 42 U.S.C.
§405(g); Jesurum v. Secretary of U.S. Department of Health & Human
Services, 48 F.3d 114, 117 (3d Cir. 1995); Williams v. Sullivan, 970
F.2d 1178, 1182 (3d Cir. 1992), cert. denied sub nom., 507 U.S. 924
(1993); Brown v. Bowen, 845 F.2d 1211, 1213 (3d Cir. 1988). See
also Berry v. Sullivan, 738 F. Supp. 942, 944 (W.D. Pa. 1990) (if
supported by substantial evidence, the Commissioner's decision must

be affirmed, as a federal court may neither reweigh the evidence, nor reverse, merely because it would have decided the claim differently) (<u>citing</u> <u>Cotter v. Harris</u>, 642 F.2d 700, 705 (3d Cir. 1981)).

Therefore, IT IS HEREBY ORDERED that plaintiff's Motion for Summary Judgment (document No. 8) is DENIED and defendant's Motion for Summary Judgment (document No. 10) is GRANTED.


                                    <u>s/Alan N. Bloch</u>
                                    United States District Judge

ecf:      Counsel of record